**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **Aglaee C. Abraham,** | ) | **Case No: ______________________** |
| | ) | **(Former C/A No.: 2025CP2305559)** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF REMOVAL** |
| **Greyhound Lines, Inc., Carlina D. Crouch, John Doe, and ABC Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO: THE UNITED STATES COURT:**

Defendants, Greyhound Lines, Inc. and Carlina D. Crouch, would respectfully show the Court in support of its Notice of Removal that:

1. The Summons and Complaint in this action were filed on September 3, 2025, in the Court of Common Pleas for Greenville County, South Carolina. Attached for the Court are copies of Plaintiff's Summons and Complaint. The Complaint is the first pleading served upon the Defendant in this action and service was affected on September 25, 2025. Therefore, removal is timely under 28 U.S.C. §1446(b).

2. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332. The Plaintiff is a resident and citizen of the State of Georgia; Defendant Carlina D. Crouch is a resident and citizen of the State of North Carolina; and Defendant Greyhound Lines, Inc., is incorporated in the State of Delaware and has its principal place of business in the State of

Texas. The action has been brought by the Plaintiff against the Defendant for the alleged accident which occurred in Greenville County, South Carolina.

3. Venue is proper in this matter in the Greenville Division of this Court in accordance with 28 U.S.C. §1441(a).

4. Upon information and belief, the amount in controversy in this matter exceeds $75,000.00 as Plaintiff alleges past and future medical expenses; past and future physical pain and suffering; past and future mental anguish, emotional distress and anxiety; loss of enjoyment of life, to the detriment of Plaintiff's physical health and mental well-being; lost wages and loss of earning capacity; scarring and disfigurement; and all other damages as will be shown in the discovery and trial of this case. Plaintiff's attorney advises the amount in controversy exceeds $75,000.00.

5. Defendant has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina in response to this Complaint; however, Defendants' Answer to the Plaintiff's Complaint is filed herewith contemporaneously.

6. Defendant has furnished a copy of this Notice of Removal to the Clerk of Court for Greenville County.

~Signature page to follow~

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Mark S. Barrow
Mark S. Barrow Fed. I.D. No. 1220
Joe A. Reinhardt, IV Fed. I.D. No. 14398
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233
msb@swblaw.com
jar@swblaw.com

**ATTORNEYS FOR THE DEFENDANTS GREYHOUND LINES, INC. AND CARLINA D. CROUCH**

Columbia, South Carolina
October 24, 2025